## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                    CASE NO. 8:97-CR-213-T-17-TBM

HANDY BAILEY, JR.

_____/

### ORDER

      This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 345).  The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant, through his appointed counsel.  The Court has received and reviewed the responses (Docket Nos. 353 and 359 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment). The government and the probation office agree that the defendant, who was sentenced as a career offender, is not eligible for a reduction in sentence based on the amended guidelines.  In addition, the Court cites to the opinion in ***United States v Tingle***, Case No. 08-1777 (8th Cir. 2008), wherein the Court found that the Sentencing Commission "did not lower the sentencing range for career offenders" which is what set Mr. Tingle's sentencing range, as it did the defendant's in this case.  Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence, the requested

modification was based on the retroactive application of revised cocaine base sentencing

guidelines (Docket No. 345 be **denied**.


**DONE AND ORDERED** in Chambers in Tampa, Florida this 22nd day of May, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE


Copies furnished to: All Counsel of Record