UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                         CASE NO. 8:97-CR-00213-EAK

HANDY BAILEY JR..

_____/

### ORDER ON DEFENDANT'S MOTIONS

THIS CAUSE is before this Court on Defendant's, Handy Bailey Jr., Motion to Amend Sentence (Doc. 390), Motion to Supplement Federal Questions Presented (Doc. 391), Motion for Petition for Writ of Audita Querela Nisi Feceris (Doc. 392), and Motion for Ripeness (Doc. 393). More specifically, Defendant challenges his sentence based on the retroactive application of revised cocaine base sentencing guidelines and the arguments raised in each of Defendant's pending motions raise an identical issue. Namely, whether the Defendant's sentence is proper.

This Court has previously addressed Defendant's argument in an order denying Defendant's motion to reduce sentence regarding the instant offense. (Doc. 360). Furthermore, this Court's denial of Defendant's requested relief has been affirmed on appeal by the Eleventh Circuit. Accordingly, it is:

**ORDERED** that Defendant's, Handy Bailey Jr., Motion to Amend Sentence (Doc. 390, Motion to Supplement Federal Questions Presented (Doc. 391), Motion for Petition for Writ of Audita Querela Nisi Feceris (Doc. 392), and Motion for Ripeness (Doc. 393) are **DENIED**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of August, 2011.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record.